# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JAY JACKSON,<br><br>           Plaintiff,<br><br>    v.<br><br>GRIFFITH,<br><br>           Defendant. | Case No. 1:20-cv-00073-BAM (PC)<br><br>ORDER DENYING *IN FORMA PAUPERIS* APPLICATION WITHOUT PREJUDICE (ECF No. 2)<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Fred Jay Jackson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on January 15, 2020, (ECF No. 1), together with a motion to proceed *in forma pauperis*, (ECF No. 2).

Plaintiff's application is incomplete. While Plaintiff has submitted a certified copy of his inmate trust account statement, he has completed the wrong version of the *in forma pauperis* application. Plaintiff must submit the correct form, completed and signed, if he wishes for his application to be considered. Plaintiff does **not** need to submit a new certified copy of his inmate trust account statement.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED, without prejudice;

1

2. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **<u>Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.</u>**

IT IS SO ORDERED.

Dated: **January 16, 2020**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2