UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JAY JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>L. D. GRIFFITH,<br><br>Defendant. | Case No. 1:20-cv-00073-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>30-DAY DEADLINE |

On May 22, 2020, the Court issued a screening order directing Plaintiff to file a first amended complaint within 21 days. (Doc. 11.) Although more than the allowed time passed, Plaintiff failed to file an amended complaint or otherwise respond to the Court's order. Accordingly, on June 25, 2020, the Court issued an order to show cause why this action should not be dismissed for Plaintiff's failure to comply with the Court's order. (Doc. 12.)

On July 13, 2020, Plaintiff filed a response to the order to show cause. (Doc. 13.) Plaintiff states that he received the order to show cause on June 30, 2020, but never received the Court's screening order. (*Id.* at 1-2, 4.) Attached to the response is a copy of Plaintiff's legal mail log, which confirms that Plaintiff did not receive any mail from this court between May 22, 2020, and June 28, 2020. (*Id.* at 10-11.)

Based on the above, the Court ORDERS:

    1. The order to show cause (Doc. 12) is DISCHARGED;

2. The Clerk's Office shall send Plaintiff a copy of the Court's First Screening Order (Doc. 11) and a civil rights complaint form; and,

3. **Within 30 days** of the date of service of this order, Plaintiff shall file a first amended complaint curing the deficiencies identified in the screening order or, in the alternative, a notice of voluntary dismissal.

IT IS SO ORDERED.

Dated:   **July 15, 2020**                         /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE