1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FRED JAY JACKSON, | Case No. 1:20-cv-00073-DAD-SKO (PC) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| L. D. GRIFFITH, | |
| Defendant. | (Doc. 33) |

On September 21, 2022, Defendant Lyle D. Griffith, M.D., filed a request for extension of time within which to respond to Plaintiff's second amended complaint. (Doc. 33.) The request is supported by the declaration of Stacy R. Lucas. (*Id.*)

GOOD CAUSE APPEARING, the Court grants Defendant an extension of time until October 27, 2022, to respond to Plaintiff's second amended complaint.

IT IS SO ORDERED.

Dated:   **September 28, 2022**         /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE