UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JAY JACKSON,<br><br>        Plaintiff,<br><br>   v.<br><br>L. D. GRIFFITH,<br><br>        Defendant. | Case No. 1:20-cv-00073-KES-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT'S MOTION TO DISMISS**<br><br>(Doc. 40) |

Plaintiff Fred Jay Jackson seeks to hold Defendant Griffith liable for a violation of his civil rights pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 6, 2023, the assigned magistrate judge recommended defendant Griffith's motion to dismiss be granted. Doc. 40. Specifically, the magistrate judge found that plaintiff's claim was barred by the doctrine of res judicata because the judgment in plaintiff's prior state court action against defendant Griffith concerned the same matter or controversy that is the subject of plaintiff's federal claim, and that further amendment in this case would be futile. *Id*. at 5-11. Plaintiff was provided with fourteen days within which to file any objections. *Id*. at 11.

On September 20, 2023, Plaintiff filed objections to the findings and recommendations, along with a request for judicial notice of several documents from his prior state case against

defendant. Plaintiff's objections largely reiterate arguments he previously made in his opposition to the motion to dismiss, concerning his disagreement with rulings in his prior state case. Doc. 41. The objections do not establish any error in the findings and recommendations' determination that plaintiff's claim is barred by the doctrine of res judicata (claim preclusion). Doc. 41.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the file, including plaintiff's objections, the court finds the findings and recommendations are supported by the record and proper analysis. Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued September 6, 2023, Doc. 40, are **ADOPTED** in full;
2. Defendant Griffith's motion to dismiss, Doc. 34, is **GRANTED**;
3. Plaintiff's second amended complaint is **DISMISSED** without leave to amend for failure to state a claim upon which relief can be granted; and
4. This action is **DISMISSED** with prejudice. The Clerk of the Court is directed to terminate any pending motions and to close this case.

IT IS SO ORDERED.

Dated:   August 14, 2024

UNITED STATES DISTRICT JUDGE